**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Epirus Biopharmaceuticals, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-3514457** |

4.   **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **699 Boylston Street** **Eighth Floor** **Boston, MA 02116** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **epirusbiopharma.com** |

6.   **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Epirus Biopharmaceuticals, Inc.**        Case number (*if known*) _____
Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    6215

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **Epirus Biopharmaceuticals, Inc.**                                          Case number (*if known*) _____
              Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

�■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

---

█    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number (*if known*) | |
| | Name | | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 25, 2016**
MM / DD / YYYY

**X** **/s/ Robert Ticktin**                          **Robert Ticktin**
Signature of authorized representative of debtor          Printed name

Title   **SVP, General Counsel & Corporate Secretary**

---

**18. Signature of attorney**

**X** **/s/ Daniel S. Bleck**                          Date **July 25, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Daniel S. Bleck**
Printed name

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
Firm name

**One Financial Center
38th Floor
Boston, MA 02111**
Number, Street, City, State & ZIP Code

Contact phone   **617-348-4498**          Email address   **dbleck@mintz.com**

**560328 MA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Epirus Biopharmaceuticals, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**July 25, 2016**__          X /s/ Robert Ticktin
                                           Signature of individual signing on behalf of debtor

                                           **Robert Ticktin**
                                           Printed name

                                           **SVP, General Counsel & Corporate Secretary**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Epirus Biopharmaceuticals, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................................   $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...........................................................................   $     **672,004.17**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................................   $     **672,004.17**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **3,695,823.36**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **6,663,388.27**

4.   **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b         $     **10,359,211.63**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Epirus Biopharmaceuticals, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America Full Business Chkg** | **Checking Account** | **-995** | $79,273.10 |
| 3.2. | **Bank of America Block Pending Depository AC # -9019** | | | $0.00 |
| 3.3. | **Bank of America Full Business Chkg Depository AC # -4767** | | | $0.00 |
| 3.4. | **Bank of America Money Market Collateral A/C # -9087** | | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            $79,273.10

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Debtor    **Epirus Biopharmaceuticals, Inc.**    Case number *(if known)*  _____
      Name

**7.**  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposit re: CPT ONE EXETER PLAZA, LLC Lease dated March, 2013, as Amended.** | **$41,702.42** |

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid General Commercial Liability Insurance** | **$21,498.17** |
| 8.2. | **Prepaid Dues with ZenQMS, Definitive Healthcare, Mass Biotech Counsel - Dues, and Nasdaq** | **$32,798.72** |
| 8.3. | **Prepaid Service Contracts with E-Trade, Computershare , RSM and IPREO** | **$28,722.36** |
| 8.4. | **Prepaid Adaptive Software 2016 12 mo. Subscription** | **$9,685.00** |
| 8.5. | **Prepaid Consumables Fuji Manufacturing** | **$435,000.00** |
| 8.6. | **Wind Down Funds held by Verdolino & Lowey P.C.** | **$23,324.40** |

**9.**  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| **$592,731.07** |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.**  **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Epirus Biopharmaceuticals, Inc.**                                           Case number *(If known)* _____
         <sub>Name</sub>

| Name of entity: | % of ownership | | |
|---|---|---|---|
| 15.1. | **Epirus Pharmaceuticals (Switzerland) GmbH, subsidiary with a principal place of business at General Guisan- Strasse 6, 6303, Zug Switzerland** | **100** % | **Unknown** |
| 15.2. | **Epirus Biopharmaceuticals Ltd., UK Corp. subsidiary with a principal place of business at 11 Old Jewry, 7th Floor, London EC2R 8DU** | **100** % | **Unknown** |
| 15.3. | **Epirus Brasil Tecnologia Ltda, Brazil Corp. subsidiary with a principal place of business at Avenida Bernardino de Campos, 98 - 6 Andar Para so, S o Paulo  04004-040 BR** | **100** % | **Unknown** |
| 15.4. | **EBSub, Inc. subsidiary with a principal place of business at 699 Boylston Street 8th Floor, Boston,   MA   02116** | **100** % | **Unknown** |
| 15.5. | **Minority share interest in Cluster40 Therapeutics B.V., Yalelaan 46 3584 CM, Utrecht, NETHERLANDS** | **10** % | **Unknown** |
| 15.6. | **Minority share interest in Cluster152 Therapeutics B.V., Yalelaan 46 3584 CM, Utrecht, NETHERLANDS** | **10** % | **Unknown** |
| 15.7. | **Minority share interest in Cluster270 Therapeutics B.V., Yalelaan 46 3584 CM, Utrecht, NETHERLANDS** | **5** % | **Unknown** |
| 15.8. | **Minority share interest in Cluster279 Therapeutics B.V., Yalelaan 46 3584 CM, Utrecht, NETHERLANDS** | **10** % | **Unknown** |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.     **Total of Part 4.**                                                          **$0.00**
        Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**
18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Net book value of Computer Equipment | $103,263.11 | Recent cost | Unknown |
| | Net book value of Furniture & Fixtures | $101,662.35 | Recent cost | Unknown |

| | | |
|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**"EPIRUS Biopharmaceuticals". "in Market, For**<br>**Market", "SCALE", and "Infimab" registered**<br>**trademarks** | **Unknown** | **Unknown** |
| 61. | **Internet domain names and websites**<br>**Epirus.com domain name** | **$0.00** | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property**<br>**Net book value of Intangible R&D Asset** | **$2,151,359.00** | **Unknown** |
| 65. | **Goodwill**<br>**Goodwill** | **$15,626,274.00** | **Unknown** |

| | | |
|---|---|---|
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ☒ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☒ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☒ Yes Fill in the information below.

| | | Current value of<br>debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**U.S. federal net operating loss carryforwards of**<br>**approximately $38.8 million, which may be available to**<br>**offset future income tax liabilities and expire at various**<br>**dates through 2035.** | Tax year **2015** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Epirus Biopharmaceuticals, Inc.**                          Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| **U.S. federal net operating loss carryforwards of approximately $31.0 million, which may be available to offset future income tax liabilities and expire at various dates through 2035.** | Tax year **2014** | **Unknown** |
| **State net operating loss carryforwards of approximately $27.6 million and $21.3 million, respectively, which may be available to offset future income tax liabilities and expire at various dates through 2035.** | Tax year **2015** | **Unknown** |
| **State net operating loss carryforwards of approximately $21.3 million, which may be available to offset future income tax liabilities and expire at various dates through 2035.** | Tax year **2014** | **Unknown** |
| **Foreign net operating loss carryforwards of approximately $82 million, which may be available to offset future income tax liabilities.** | Tax year **2015** | **Unknown** |
| **Foreign net operating loss carryforwards of approximately $145 million, which may be available to offset future income tax liabilities.** | Tax year **2014** | **Unknown** |
| 73. **Interests in insurance policies or annuities**<br>**Commercial Package  Federal Insurance Company 36019217  06/14/2016  to 06/14/2017** | | **Unknown** |
| **Product Liability**<br>**Includes Clinical Trial Liability Gemini Insurance Company  GL126272  06/14/2015  to 07/11/2016** | | **Unknown** |
| **Workers Compensation  Chubb Group 71744887 06/14/2016  to 06/14/2017** | | **Unknown** |
| **International Package  Chubb Group 99492309 06/14/2016  to 06/14/2017** | | **Unknown** |
| **Comm. Umbrella Excess  Federal Insurance Company 79890076  06/14/2016 to 06/14/2017** | | **Unknown** |
| **Public Co. D & O Liability - MASTER  U.S. Specialty Insurance Company 14-MGU-15-A35309 07/15/2015  to 07/29/2016** | | **Unknown** |
| **Public Co. D & O Liability XL Specialty Insurance Company ELU140059-15  07/15/2015  to 07/29/2016** | | **Unknown** |
| **Public Co. D & O Liability National Union Fire Ins. Co. 01-546-64-76  07/15/2015  to 07/29/2016** | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | <small>Name</small> | |

**Public Co. D & O Liability Berkley Insurance Co.**
**#18015351 07/15/2015 to 07/29/2016**

Unknown

**EPL and Fiduciary Liability  Federal Insurance Company**
**82410241  07/15/2015 to 07/15/2016**

Unknown

**Public Co. D & O Liability - Local Swiss  U.S. Specialty**
**Insurance Company 14G140520000 07/15/2015 to**
**07/29/2016**

Unknown

**"Supply Chain" - Worldwide Transportation,**
**Property at Other Premises, Worldwide Terrorism**
**Underwriters Lloyds MC3965WC3965**
**(Falvey Cargo) 02/22/2016 to 06/14/2016**

Unknown

**Commercial Property  -NETHERLANDS Chubb Europe**
**28324767 11/20/2015 to 07/01/2016**

Unknown

**General Liability - NETHERLANDS Chubb Europe**
**28324768 11/20/2015 to 07/01/2016**

Unknown

**Commercial Property - SWITZERLAND  Chubb Europe**
**33220500 11/20/2015 to 07/15/2016**

Unknown

**General Liability - SWITZERLAND Chubb Europe**
**36029986 11/20/2015 to 07/15/2016**

Unknown

**Clinical Trials Liability -**
**ARGENTINA Allianz Argentina**
**16007746428 2/1/2016 to 10/31/2018**

Unknown

**Clinical Trials Liability**
**CHILE  BCI Segueros Generales**
**7668 2/1/2016 to 10/31/2018**

Unknown

**Clinical Trials Liability -**
**COLOMBIA Allianz Colsegueros**
**21898140 2/1/2016 to 10/31/2018**

Unknown

**Clinical Trials Liability -**
**GEORGIA Georgian Pension & Insurance**
**CTR13916 2/1/2016 to 10/31/2018**

Unknown

**Clinical Trials Liability -**
**GUATEMALA Suegeros G&T SA**
**RCGF-850 2/1/2016 to 10/31/2018**

Unknown

**Clinical Trials Liability -**
**ISRAEL HAREL**
**661700091516 2/1/2016 to 10/31/2018**

Unknown

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **Epirus Biopharmaceuticals, Inc.**                           Case number *(If known)* _____
Name

**Clinical Trials Liability  -
PERU Rimac International
1201529567 2/1/2016   to  10/31/2018**                                                      **Unknown**

**Clinical Trials Liability  -
MEXICO Allianz Mexico
RCID/00001098 2/1/2016  to  10/31/2018**                                                  **Unknown**

**Clinical Trials Liability  -
South Africa Allianz
ZAL000290160 3/1/2016  to  10/31/2018**                                                  **Unknown**

**Clinical Trials Liability  -
AUSTRALIA Allianz 990005803 LCP 5/1/2016  to  12/1/16**                    **Unknown**

74.      **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.      **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims
Taro Pharmaceuticals Inc. $5,000,000 non-interest
bearing, limited recourse promissory note with a
maturity date of July 1, 2017 re Sale Purchase
Agreement dated October 1, 2015 subject to
adjustments contained therein.**                                                                  **Unknown**

| Nature of claim | **Limited Recourse Promissory Note** |
|---|---|
| **Amount requested** | **$5,000,000.00** |

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Intercompany receivable balance due from Epirus
Pharmaceuticals (Switzerland) GmbH with a book value
of $6,408,235.00**                                                                                      **Unknown**

78.      **Total of Part 11.**                                                                       **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $79,273.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $592,731.07 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $672,004.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $672,004.17 |

**Fill in this information to identify the case:**

Debtor name  **Epirus Biopharmaceuticals, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **CPT ONE EXETER PLAZA, LLC**<br>Creditor's Name<br><br>**c/o AEW Capital Management, L.P. Two Seaport Lane, World Trade Center Eas Attention: Asset Manager for CPT One Exe Boston, MA 02210**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number CPTONEEX**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Leased office space containing approximately 11,000 square feet on the 8th floor of the building located at 699 Boylston St., Boston MA 02116**<br><br><br>**Describe the lien**<br>**Lease dated March, 2013, as Amended**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$41,702.42** |
| **2.2** **Hercules Technology Growth Capital, Inc.**<br>Creditor's Name<br><br>**Legal Department Attn: Chief Legal Offic and Mr. Bryan Jadot 400 Hamilton Avenue, Suite 310 Palo Alto, CA 94301**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All assets  except  Intellectual Property**<br><br><br>**Describe the lien**<br>**Loan and Security Agreement dated Sept. 30, 2014**<br>**Is the creditor an insider or related party?**<br>☑ No | **$3,695,823.36** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Epirus Biopharmaceuticals, Inc.**                              Case number (if known) _____
_____
Name

Creditor's email address, if known          ☐ Yes
_____            **Is anyone else liable on this claim?**

**Date debt was incurred**                   ☐ No
**9/30/2014**                                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

☐ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $3,695,823.36 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| **Cushman & Wakefield of MA, Inc.**<br>**125 Summer Street**<br>**Attn: Property Manager for CPT One Exete**<br>**Boston, MA 02210** | | Line __2.1__ | |
| **Haim Zaltzman**<br>**Latham & Watkins LLP**<br>**505 Montgomery St.**<br>**Suite 2000**<br>**San Francisco, CA 94111-6538** | | Line __2.2__ | |
| **James Sperling, Esq.**<br>**Rubin and Rudman LLP**<br>**50 Rowes Wharf**<br>**Boston, MA 02210** | | Line __2.1__ | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Epirus Biopharmaceuticals, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Belastingdienst Apeldoorn**<br>**Laan van Westenenk 490**<br>**7334 DS**<br>**Apeldoorn**<br>**THE NETHERLANDS** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Blue Cross Blue Shield MA**<br>**BOX 371318**<br>**Pittsburgh, PA 15250-7318** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Benefit Plan** | | |
| | Last 4 digits of account number **BCBSMA**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          26072          Best Case Bankruptcy

Debtor   **Epirus Biopharmaceuticals, Inc.**
_____
Name                                                    Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Canada Revenue Agency**
**Commissioner of Revenue**
**555 MacKenzie Avenue, 7th Floor**
**Ottawa ON  K1A 0L5**
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

| 2.4 | Priority creditor's name and mailing address |
|---|---|

**City of Boston**
**Tax Collector**
**1 City Hall Plaza**
**Boston, MA 02201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

| 2.5 | Priority creditor's name and mailing address |
|---|---|

**Delaware Franchise Tax**
**State of Delaware**
**Binghamton, NY 13902-5509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
**DELAWARE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

| 2.6 | Priority creditor's name and mailing address |
|---|---|

**Federal Revenue of Brazil**
**R. Coronel Antonio Botelho de**
**Sousa 31**
**Maranguape - CE 61940-005**
**BRAZIL**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Debtor    **Epirus Biopharmaceuticals, Inc.**
_____
Name

Case number (*if known*) _____

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**HM Revenue and Customs**
**Benton Park View**
**Newcastle Upon Tyne**
**NE98 1ZZ**
**UNITED KINGDOM**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

**Internal Revenue Service**
**Special Procedures**
**P.O. Box 9112**
**JFK Building - Stop 20800**
**Boston, MA 02203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

**Massachusetts Division of**
**Unemployment**
**Assistance**
**19 Staniford St.**
**5th Floor**
**Boston, MA 02114-2589**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

**Massachusetts DOR**
**Bankruptcy Unit**
**P.O. Box 9564**
**Boston, MA 02114-9564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**NY State Dept of Taxation & Finance**
**Bankruptcy Unit**
**P.O. Box 5300**
**Albany, NY 12205-0300**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**NYC DEPARTMENT OF FINANCE**
**P.O. BOX 5070**
**KINGSTON, NY 12402-5070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**NYS DEPT. OF LABOR - U.I. DIVISON**
**W.A. HARRIMAN STATE CAMPUS**
**ALBANY, NY 12240-0415**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Swiss Federal Tax Administration**
**Eigerstrasse 65**
**3003 Berne**
**SWITZERLAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor   **Epirus Biopharmaceuticals, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.15** | Priority creditor's name and mailing address

**Swiss Federal Tax Administration Main Division Value Added Tax Schwarztorstrasse 50 3003 Berne SWITZERLAND**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
**Taxes**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address

**Tax and Customs Administration/Limburg/D Kloosterweg 22 PO Box 2865 6401 DJ Heerlen THE NETHERLANDS**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
**Taxes**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address

**Unum Life Insurance Co. of America PO Box 406990 Atlanta, GA 30384-6990**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Benefit Plan**

Last 4 digits of account number **UNUM**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address

**VSP P.O. Box 742479 Los Angeles, CA 90074-2479**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Benefit Plan**

Last 4 digits of account number **VSP**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.16**

**AMERICAN GAS PRODUCT**
**24 VINE STREET**
**EVERETT, MA 02149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __AMERGAS__

Basis for the claim: __Goods sold__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108.75**

**ATLANTIC COFFEE**
**267 LIBBEY PARKWAY**
**WEYMOUTH, MA 02189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __ATLANTIC__

Basis for the claim: __Services rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$283,038.00**

**Aurentz, Vincent**
**1105 Pinehurst Dr**
**Chapel Hill, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EPIRUS Biopharmaceuticals, Inc. Severance Plan__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,289.25**

**BAR & KARRER**
**Brandschenkestrasse 90**
**8002 Z rich**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __BARKARRE__

Basis for the claim: __Services rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BENEFIT STRATEGIES**
**PO BOX 1660**
**MANCHESTER, NH 03105-1660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __BENSTRAT__

Basis for the claim: __Employee Benefit Plan administrator fees__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,401.55**

**BIOAGILYTIX LABS**
**2300 ENGLERT DRIVE**
**DURHAM, NC 27713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __BIOAGILY__

Basis for the claim: __Services rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,178.00**

**Biologics Development Services, LLC**
**c/o Susan Lundy**
**5670 West Cypress Street**
**Suite D**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __BDS__

Basis for the claim: __Services rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88.74** |
|---|---|---|---|

**Biotec Services International Ltd**
**Biotec House, Central Park**
**Western Avenue, Bridgend Industrial Esta**
**Bridgend, CF31 3RT**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services rendered__

Last 4 digits of account number __BIOTEC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,147.50** |
|---|---|---|---|

**BTIG, LLC**
**600 Montgomery St - 6th FL**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __At-the-Market Sles Agreement dated February 29,__
__2016__

Last 4 digits of account number __BTIG__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BTIG, LLC**
**825 Third Avenue**
**6th Floor**
**Attention: Chief Operating Officer**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __At-the-Market Sales Agreement dated February 29,__
__2016__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BTIG, LLC**
**600 Montgomery St - 6th FL**
**Attention: General Counsel and Chief Com**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Additional Notice Party re At-the-Market Sales__
__Agreement dated February 29, 2016__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104.92** |
|---|---|---|---|

**CAMBRIDGE PRINTING CO, INC**
**47 7TH ST.**
**CAMBRIDGE, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services rendered__

Last 4 digits of account number __CAMBPRINT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Catalent Pharma Solutions, LLC**
**8137 Forsythia Street**
**Attention: Vice President/General Manage**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Moksha8 Pharmaceuticals, Inc. GPEx Cell Line Sales__
__Agreement dated January 1, 2009__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CEEK Enterprises**
**98 Newport Street**
**Arlington, MA 02476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services rendered__

Last 4 digits of account number __CEEK__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Epirus Biopharmaceuticals, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,739.35** |

**CFGI Holdings, LLC**
**PO Box 8000**
**BUFFALO, NY 14267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services rendered__

Last 4 digits of account number __CORPFING__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,544.04** |

**Charles River Biopharma GmbH**
**Max-Planck-Str. 15A**
**40699 Erkrath**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services rendered__

Last 4 digits of account
number __CHARLES-GERMANY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$883.43** |

**CIT**
**21146 Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Contract No. -7-000 re Sharp Copier s/n 55079687__
__MX-3640N__

Last 4 digits of account number __CIT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,009,238.91** |

**CMC Biologics A/S**
**Vantaarnsvej 83B**
**DK-2860 Soeborg**
**Copenhagen**
**DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Development and Manufacturing Service Agreement__
__dated April 24, 2014__

Last 4 digits of account number __CMCBIOLO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$352.37** |

**Comcast**
**PO BOX 1577**
**NEWARK, NJ 07101-1577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services rendered__

Last 4 digits of account number __COMCASTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,526.51** |

**COMCAST BUSINESS**
**PO BOX 37601**
**PHILADELPHIA, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services rendered__

Last 4 digits of account number __COMBUS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,173.70** |

**COMPUTERSHARE Shareholders Svcs**
**DEPT CH 19228**
**PALATINE, IL 60055-9228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services rendered__

Last 4 digits of account number __COMPUTER__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Epirus Biopharmaceuticals, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number __**CONCUR**__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Services rendered**__

Is the claim subject to offset? ☒ No ☐ Yes

**$2,785.64**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**CRYOPORT**
**PO BOX 205955**
**DALLAS, TX 75320-5955**

Date(s) debt was incurred _

Last 4 digits of account number __**CRYOPORT**__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Services rendered**__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,716.24**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**DELOITTE TAX LLP**
**PO BOX 844736**
**DALLAS, TX 75284-4736**

Date(s) debt was incurred _

Last 4 digits of account number __**DELOITTE**__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Services rendered**__

Is the claim subject to offset? ☒ No ☐ Yes

**$333,513.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**DiBiase, Mary**
**28 Boulder Brook Road**
**Wellesley Hills, MA 02481**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**EPIRUS Biopharmaceuticals, Inc. Severance
Plan**__

Is the claim subject to offset? ☒ No ☐ Yes

**$131,692.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Ernst & Young LLP**
**Pittsbg Ntnl Bnk - Pitt 640382**
**Pittsburgh, PA 15264-0382**

Date(s) debt was incurred _

Last 4 digits of account number __**ERNSTUS**__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Services rendered**__

Is the claim subject to offset? ☒ No ☐ Yes

**$33,333.33**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Evaluate Ltd.**
**11-29 Fashion Street**
**London E1 6PX**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number __**EVALUATE**__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Services rendered**__

Is the claim subject to offset? ☒ No ☐ Yes

**$31,350.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**EVERSOURCE**
**PO BOX 660369**
**DALLAS, TX 75266-0369**

Date(s) debt was incurred _

Last 4 digits of account number __**EVERSOURCE**__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Utilities**__

Is the claim subject to offset? ☒ No ☐ Yes

**$400.27**

---

Debtor   **Epirus Biopharmaceuticals, Inc.**                                    Case number (if known) _____
         Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,288.51 |

**Evicom Limited**
**The Old Sail Loft**
**Eel Pie Island, Twickenham**
**Middlesex TW1 3DY**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **EVICOM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $754.06 |

**FEDEX**
**PO BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **FEDEX**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,318.18 |

**FLEISHMANHILLARD INC**
**PO BOX 771733**
**ST LOUIS, MO 63177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **FLEISHMAN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,736,200.00 |

**Fujifilm Diosynth Biotechnologies Inc.**
**Dept CH 16878**
**Palatine, IL 60055-6878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bioprocessing Service Agreement dated April 17, 2013**

Last 4 digits of account number  **FUJIFILM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Genefar B.V.**
**The Management Board**
**Ondernemingsweg 200**
**1422 DZ Uithoorn**
**THE NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stock Purchase Agreement dated June 30, 2016**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $788.72 |

**Global Conferencing Solutions LLC**
**P.O. Box 712524**
**Salt Lake City, UT 84171-2524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **GLOBALCO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Greenberg Traurig, LLC**
**The MetLife Building**
**200 Park Avenue**
**Attention: Anthony J. Marsico, Esq.**
**New York, NY 10166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Additional Notice Party re At-the-Market Sales Agreement dated February 29, 2016**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GROUP DYNAMIC INC**
**411 US ROUTE ONE**
**FALMOUTH, ME 04105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **GROUPDYN**

Basis for the claim:  **Employee Benefit Plan administrator fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,524.91**

**Iron Mountain**
**PO Box 27128**
**New York, NY 10087-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **IMOUNTAI**

Basis for the claim:  **Services rendered per Customer Agreement dated June 24, 2015**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$127,192.00**

**Kagy, Jeffrey**
**76 Millbrook Ave**
**Walpole, MA 02081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **EPIRUS Biopharmaceuticals, Inc. Severance Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145,313.65**

**KBI Biopharma, Inc.**
**P.O. Box 15579**
**Durham, NC 27704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **KBIBIOPH**

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144,192.00**

**Laranjeira, Charles**
**30 Claremont Park**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **EPIRUS Biopharmaceuticals, Inc. Severance Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198.75**

**MacDougall Biomedical Communications, In**
**888 Worcester St**
**Wellesley, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **MACDOUGAL**

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,233.87**

**MARSHALL GERSTEIN & BORUN LLP**
**6300 WILLIS TOWER**
**CHICAGO, IL 60606-6402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **MARSHALL**

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,645.00** |
|---|---|---|---|

**Masy BioServices**
**P.O. Box 485**
**Pepperell, MA 01463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **MASYSYST**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,877.63** |
|---|---|---|---|

**Mattos Filho**
**Joaquim Eugenio de Lima**
**447 - S o Paulo SP**
**01403-001**
**BRAZIL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **MATTOSFI**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**McNiff, Kyle**
**61 West St**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Clinical Consulting agreement effective July 1, 2016 for an initial term expiring January 1, 2017.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,093.58** |
|---|---|---|---|

**Mintz,Levin,Cohn,Ferris,**
**Glovsky and Popeo, P.C**
**One Financial Center**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,877.50** |
|---|---|---|---|

**MORRIS NICHOLS ARSHT & TUNNELL**
**1201 North Market Street**
**WILMINGTON, DE 19899-1347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **MORRISNICH**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,276.77** |
|---|---|---|---|

**Myoderm**
**330 DeKalb Street**
**Norristown, PA 19401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **MYODERM**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,067.76** |
|---|---|---|---|

**Nasdaq Stock Market**
**LBX #20200**
**Philadelphia,, PA 19178-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **NASDAQSTOCK**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,776.57**

National Premier Partners, Inc.
44 Mechanic Street
Newton, MA 02464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number   NATPREM**

Basis for the claim:   **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$894.38**

Northern Business Machines
24 Terry Avenue
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number   NBMACHIN**

Basis for the claim:   **Equipment Maintenance Agreement dated September 15, 2015**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131,692.00**

Patel, Suman
177 Rosemont Drive
North Andover, MA 01845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:   **EPIRUS Biopharmaceuticals, Inc. Severance Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227.18**

PITNEY BOWES
PO BOX 371874
PITTSBURGH, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number   PITNEYBW**

Basis for the claim:   **Puchase Power Equipment, Services and Software Meter Rental agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414.38**

QUENCH USA INC
PO BOX 8500
PHILADELPHIA, PA 19178-3203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number   QUENCH**

Basis for the claim:   **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,750.16**

Reliance Life Sciences Pvt. Ltd.
Dhirubhai Ambani Life Sciences Centre
Thane-Belapur Road, Rabale
Navi Mumbai-400 70l Attention: K.V. Subr
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number   RELIANCE**

Basis for the claim:   **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,754.60**

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number   RSM**

Basis for the claim:   **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

Debtor   **Epirus Biopharmaceuticals, Inc.**

Name

Case number (if known)

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scribner, Susan**
**319 Park Street**
**North Reading, MA 01864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consulting Agreement effective May 23, 2016 for an__
__initial term expiring on July 31, 2016__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$238,788.00** |
|---|---|---|---|

**Shea, Thomas**
**8 Villa Drive**
**Medway, MA 02053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EPIRUS Biopharmaceuticals, Inc. Severance__
__Plan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$123.89** |
|---|---|---|---|

**Staples Advantage**
**Dept BOS**
**Boston, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __STAPLES__

Basis for the claim: __Goods sold__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Taro Pharmaceuticals USA Inc.**
**3 Skyline Drive**
**Attention: General Counsel**
**Hawthorne, NY 10532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Share Purchase Agreement dated October 1, 2015__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,391.62** |
|---|---|---|---|

**THRIVE NETWORKS INC.**
**495 BUSINESS CENTER, BLDG 300**
**TEWKSBURY, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __THRIVE__

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$231,288.00** |
|---|---|---|---|

**Ticktin, Robert**
**37 Marshall Rd**
**Wellesley, MA 02482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EPIRUS Biopharmaceuticals, Inc. Severance__
__Plan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,167.50** |
|---|---|---|---|

**VANGUARD**
**C/O ASCENSUS**
**NEW YORK, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __VANGUARD__

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Epirus Biopharmaceuticals, Inc.**
_____
Name

Case number (if known) _____

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Wahlberg, Laura**
**307 Farm St**
**Bellingham, MA 02019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Consulting Agreement effective May 16, 2016 for an</u>
<u>initial term expiring July 29, 2016</u>

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$129,192.00** |

**Waldron, Alex**
**104 Lagrane St**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>EPIRUS Biopharmaceuticals, Inc. Severance</u>
<u>Plan</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,809.74** |

**WRAYS PTY LTD**
**PO BOX Z5466**
**PERTH, WA 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **WRAYS**

Basis for the claim: <u>Services rendered</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192,853.70** |

**WuXi AppTec**
**24681 Network Place**
**Chicago, IL 60673-1681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **WUXI**

Basis for the claim: <u>Services rendered</u>

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$238,788.00** |

**Wyand, DVM, Ph.D., Michael**
**113 Maple St**
**Stow, MA 01775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>EPIRUS Biopharmaceuticals, Inc. Severance</u>
<u>Plan</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Blake, Cassels & Graydon LLP**<br>**595 Burrard Street, P.O. Box 49314**<br>**Suite 2600, Three Bentall Centre**<br>**Vancouver, British Columbia V7X 1L3 Atte**<br>**CANADA** | Line  **3.60**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Borden Ladner Gervais LLP**<br>**40 King Street West**<br>**Attention: Adrian Liu**<br>**Toronto, Ontario M5H 3Y4**<br>**CANADA** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Catalent Pharma Solutions, LLC**<br>**14 Schoolhouse Road**<br>**Attention: General Counsel (Legal Depart**<br>**Somerset, NJ 08873** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Fujifilm Diosynth Biotechnoligies**<br>**Belasis Avenue**<br>**Billingham, TZ23 1LH**<br>**General Counsel**<br>**UNITED KINGDOM** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Fujifilm Holdings America Corporation**<br>**200 Summit Lake Drive**<br>**Assistant General Counsel**<br>**Valhalla, NY 10595-1356** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Van Benthem & Keulen NV**<br>**Archimedeslaan 61**<br>**3584 BA Utrecht**<br>**Attention: Mr. S.E. Storm, attorney**<br>**THE NETHERLANDS** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | | 5b. | + $ | 6,663,388.27 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | 6,663,388.27 |

Fill in this information to identify the case:

Debtor name  **Epirus Biopharmaceuticals, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Second Definitive License Agreement dated October 1, 2013** |
| | **Bioceros Holding B.V.**<br>**Yalelaan 46**<br>**3584 CM Utrecht**<br>**Attention: Remco M. Brandt**<br>**THE NETHERLANDS** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Additional Notice Party re Share Purchase Agreement dated October 1, 2015** |
| | **Blake, Cassels & Graydon LLP**<br>**595 Burrard Street, P.O. Box 49314**<br>**Suite 2600, Three Bentall Centre**<br>**Vancouver, British Columbia V7X 1L3 Atte**<br>**CANADA** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Additional Notice Party re Share Purchase Agreement dated October 1, 2015** |
| | **Borden Ladner Gervais LLP**<br>**40 King Street West**<br>**Attention: Adrian Liu**<br>**Toronto, Ontario M5H 3Y4**<br>**CANADA** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contract No. -7-000 re Sharp Copier s/n 55079687 MX-3640N** |
| | **CIT**<br>**1021 Centurion Pkwy N**<br>**Suite 100**<br>**Attn: Bankruptcy Management**<br>**Jacksonville, FL 32256** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Epirus Biopharmaceuticals, Inc.** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Development and Manufacturing Service Agreement dated April 24, 2014** | |
|---|---|---|---|
| | State the term remaining | | **CMC Biologics A/S Vantaarnsvej 83B DK-2860 Soeborg Copenhagen DENMARK** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated March, 2013, as Amended** | |
|---|---|---|---|
| | State the term remaining | | **CPT ONE EXETER PLAZA, LLC c/o AEW Capital Management, L.P. Two Seaport Lane, World Trade Center Eas Attention: Asset Manager for CPT One Exe Boston, MA 02210** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive License Agreement dated June 30, 2016** | |
|---|---|---|---|
| | State the term remaining | | **Epirus Pharmaceuticals (Netherlands) B.V Yalelaan 46 3584 CM Utrecht THE NETHERLANDS** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Bioprocessing Service Agreement dated April 17, 2013** | |
|---|---|---|---|
| | State the term remaining | | **Fujifilm Diosynth Biotechnoligies 101 J. Morris Commons Lane President Morrisville, NC 27560** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Purchase Agreement dated June 30, 2016** | |
|---|---|---|---|
| | State the term remaining | | **Genefar B.V. The Management Board Ondernemingsweg 200 1422 DZ Uithoorn THE NETHERLANDS** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Warrant Agreement re purchase 64,194 shares of Public Epirus Common Stock at $7.01 per share** | |
|---|---|---|---|
| | State the term remaining | | **Hercules Technology Growth Capital, Inc. Legal Department Attn: Chief Legal Offic and Mr. Bryan Jadot 400 Hamilton Avenue, Suite 310 Palo Alto, CA 94301** |

| Debtor 1 | **Epirus Biopharmaceuticals, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Agreement dated June 24, 2015** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Iron Mountain**<br>**PO Box 27128**<br>**New York, NY 10087-7128** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Maintenance Agreement dated September 15, 2015** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nothern Business Machines**<br>**24 Terry Avenue**<br>**Burlington, MA 01803** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement re equipment description MX-3640** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nothern Business Machines**<br>**24 Terry Avenue**<br>**Burlington, MA 01803** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Agreement (Lease) re equipment description Sharp MX-3640N, Sharp MX-DE14, and Sharp MX-TU12** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nothern Business Machines**<br>**24 Terry Avenue**<br>**Burlington, MA 01803** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Puchase Power Equipment, Services and Software Meter Rental agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Pitney Bowes**<br>**225 American Drive**<br>**Neenah, WI 54956-1005** |

| Debtor 1 | **Epirus Biopharmaceuticals, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Collaboration Agreement dated July 13, 2015** | |
|---|---|---|---|
| | State the term remaining | | **Swiss Pharma International AG** |
| | | | **Waldmannstrasse 8** |
| | List the contract number of any government contract | | **8001 Zurich** |
| | | | **Attention: General Counsel** |
| | | | **SWITZERLAND** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Share Purchase Agreement dated October 1, 2015** | |
|---|---|---|---|
| | State the term remaining | | **Taro Pharmaceuticals USA Inc.** |
| | | | **3 Skyline Drive** |
| | List the contract number of any government contract | | **Attention: General Counsel** |
| | | | **Hawthorne, NY 10532** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Epirus Biopharmaceuticals, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                           *Column 2:* **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Epirus Biopharmaceuticals, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$660,085.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$701,000.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$4,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Epirus Biopharmaceuticals, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See list attached** | | $4,658,371.96 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See list attached** | | $475,582.94 | |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **CPT ONE EXETER PLAZA, LLC c/o AEW Capital Management, L.P. Two Seaport Lane, World Trade Center Eas Attention: Asset Manager for CPT One Exe Boston, MA 02210** | **Outstanding rent through June 2016 taken from security deposit funds.**<br>Last 4 digits of account number:    **-002** | **7/6/2016** | **$213,025.08** |

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **Epirus Biopharmaceuticals, Inc.** _____   Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **THE BIO-PHARMA CONSULTANCY LIMITED v. EPIRUS BIOPHARMACEUTICALS, INC,**<br>Case No. 1:15-CV-12898-MLW | **Lawsuit for ~£290k for unpaid past consulting services** | **United States District Court For the District of Massachusetts 1 Courthouse Way Boston, MA 02210** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Reliance Life Sciences Pvt. Ltd. vs Epirus Pharmaceuticals (Switzerland) GmbH 20894/RD** | **Arbitration proceeding under the Manufacturing and Supply Agreement dated May 14, 2014** | **ICC International Court of Arbitration 33-43 avenue du President Wilson 75116 Paris FRANCE** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **Epirus Biopharmaceuticals, Inc.**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Mintz Levin Cohn Ferris Glovesky and Popeo PC One Financial Center Boston, MA 02111** | | **July 7, 2016** | **$60,000.00** |
| | Email or website address **chorian@mintz.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Verdolino & Lowey PC Pine Brook Office Park 124 Washington St. Foxboro, MA 02035** | | **July 7, 2016** | **$45,000.00** |
| | Email or website address **mmartin@vlpc.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Moksha8 Pharmaceuticals, Inc. 1550 Liberty Ridge Drive Suite 300 Wayne, PA 19087** | **Termination of the company's revenue sharing payment obligations with respect to products that are biosimilars to infliximab, in exchange for payments of $1,400,000** | **Sept 2014 & Oct 2014** | **$1,400,000.00** |
| | Relationship to debtor **Affiliated through common ownership** | | | |

| Debtor | **Epirus Biopharmaceuticals, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>· | **Epirus Pharmaceuticals<br>(Switzerland) Gmb<br>General Guisan- Strasse 6<br>6303 Zug<br>SWITZERLAND** | **TRANSFER FUNDS TO SWISS** | **10/7/2014** | **$1,000,000.00** |
| | Relationship to debtor<br>**Subsidiary** | | | |
| 13.3<br>· | **Epirus Pharmaceuticals<br>(Switzerland) Gmb<br>General Guisan- Strasse 6<br>6303 Zug<br>SWITZERLAND** | **Reclass Investment** | **12/31/2014** | **$12,000,000.00** |
| | Relationship to debtor<br>**Subsidiary** | | | |
| 13.4<br>· | **Reliance Life Sciences Pvt.<br>Ltd.<br>Dhirubhai Ambani Life<br>Sciences Centre<br>Thane-Belapur Road, Rabale<br>Navi Mumbai-400 70I<br>Attention: K.V. Subr<br>INDIA** | **Reliance settlement agreement on<br>BOW015 Manufacturing and Supply in<br>April 2015 to resolve dispute on<br>Reliance's exclusivity rights for BOW015<br>production.** | **4/1/2015** | **$1,750,000.00** |
| | Relationship to debtor | | | |
| 13.5<br>· | **Taro Pharmaceuticals USA<br>Inc.<br>3 Skyline Drive<br>Attention: General Counsel<br>Hawthorne, NY 10532** | **All of the issued and outstanding shares<br>of Zalicus Pharmaceuticals Ltd., re Share<br>Purchase Agreement dated October 1,<br>2015** | **10/1/2015** | **$10,000,000.00** |
| | Relationship to debtor | | | |
| 13.6<br>· | **Epirus Pharmaceuticals<br>(Switzerland) Gmb<br>General Guisan- Strasse 6<br>6303 Zug<br>SWITZERLAND** | **CAPITAL CONTRIBUTION US TO SW** | **11/30/2015** | **$250,000.00** |
| | Relationship to debtor<br>**Subsidiary** | | | |
| 13.7<br>· | **Epirus Pharmaceuticals<br>(Switzerland) Gmb<br>General Guisan- Strasse 6<br>6303 Zug<br>SWITZERLAND** | **EQ INVST FROM EP US** | **12/24/2015** | **$15,000,000.00** |
| | Relationship to debtor<br>**Subsidiary** | | | |

Debtor    **Epirus Biopharmaceuticals, Inc.**                                      Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.8<br>. | **Epirus Pharmaceuticals<br>(Switzerland) Gmb<br>General Guisan- Strasse 6<br>6303 Zug<br>SWITZERLAND** | **EPIRUS US TRANSFER** | **3/31/2016** | **$1,000,000.00** |
| | Relationship to debtor<br>**Subsidiary** | | | |
| 13.9<br>. | **Genefar B.V.<br>Ondernemingsweg 200<br>1422 DZ Uithoorn<br>NETHERLANDS** | **1,247,349 shares in the share capital of<br>Epirus Pharmaceuticals (Netherlands)<br>B.V., with a principal place of business at<br>Yalelaan 46, 3584 CM Utrecht, The<br>Netherlands, re Stock Purchase<br>Agreement dated June 30, 2016 and<br>Settlement Agreement effective June 30,<br>2016** | **6/30/2016** | **$1,679,789.00** |
| | Relationship to debtor | | | |
| 13.1<br>0. | **Carine van den Brink<br>Stichting Derdengelden Axon<br>Advocaten<br>Piet Heinkade 193<br>1019 HC Amsterdam<br>THE NETHERLANDS** | **Paid to Carine van den Brink in her<br>capacity of attorney of the Bioceros<br>Sellers per Settlement Agreement dated<br>June 30, 2016** | **6/30/2016** | **$2,082,262.00** |
| | Relationship to debtor | | | |
| 13.1<br>1. | **Verdolino & Lowey PC<br>Pine Brook Office Park<br>124 Washington St.<br>Foxboro, MA 02035** | **Wind Down funds** | **7/7/2016** | **$200,000.00** |
| | Relationship to debtor | | | |
| 13.1<br>2. | **Livzon Mabpharma, Inc.<br>West Gate of Livzon Industrial<br>Park<br>No. 38 Chuangye North Road,<br>Liangang Ind<br>Hongqi Town, Jinwan Area,<br>Zhuhai Guangdo<br>CHINA** | **BOW070 Assigned Materials re<br>Settlement Satisfaction Amendment to<br>Livzon Agreements (Including BOW070<br>Supplement) dated July 15, 2016<br>including exclusive rights in respect of<br>the BOW070 LExclusive License<br>Agreement dated 30 June 2016 between<br>Epirus and Bioceros Holding BV, all right<br>title and interest in and to all BOW070<br>cell-line clones and development reports<br>and related materials.** | **7/15/2016** | **Unknown** |
| | Relationship to debtor | | | |

Debtor **Epirus Biopharmaceuticals, Inc.** _____   Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 3. | Reliance Life Sciences Pvt. Ltd. Dhirubhai Ambani Life Sciences Centre Thane-Belapur Road, Rabale Navi Mumbai-400 70l Attention: K.V. Subr INDIA | BOW015 Agreements per Settlement Satisfaction Agreement dated July 18, 2016, including Sun Pharma BOW015 License Agreement, dated 3 January 2014 between Sun Pharma (as sucessor to Ranbaxy Laboratories) and Epirus, Catalent GPEx Cell Line Sales Agreement dated 1 January 2009 between Catalent Pharma Solutions, LLC and Epirus, Cell Bank Storgae Agreement daed 6 July 2009 between Catalent and Epirus, and PI clinical trial data outside India for BOW015 infliximab. | 7/18/2016 | Unknown |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | Fourteen22, Inc. 836 Alvarado Street San Francisco, CA 94114 | From January 2011 |
| 14.2. | Fourteen22, Inc. c/o Maples Corporate Services Limited PO Box 309, Ugland House Grand Cayman KY CAYMAN ISLANDS | From January 2011 |
| 14.3. | Fourteen22, Inc. 800 Boylston Street Boston, MA 02116 | From January 2011 |
| 14.4. | Zalicus Pharmaceuticals Ltd. 301 – 2389 Health Sciences Mall Vancouver  British Columbia  V6T 1Z3 CANADA | From September 2010 to October 2015 |
| 14.5. | Neuromed Pharmaceuticals Limited 301 – 2389 Health Sciences Mall Vancouver  British Columbia  V6T 1Z3 CANADA | From September 2010 to October 2015 |
| 14.6. | Zalicus Pharmaceuticals Ltd. c/o Zalicus Inc. 245 First Street Third Floor Cambridge, MA 02142 | From September 2010 to October 2015 |
| 14.7. | Epirus Pharmaceuticals (Switzerland) Gmb General Guisan- Strasse 6 6303 Zug SWITZERLAND | From June 2013 to June 2016 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Epirus Biopharmaceuticals, Inc.**                                          Case number *(if known)* _____

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.8. | **Epirus Biopharmaceuticals Ltd.** **11 Old Jewry 7th Floor** **London EC2R 8DU** **UNITED KINGDOM** | **From January 2011** |
| 14.9. | **Fourteen22 (UK) Limited** **11 Old Jewry 7th Floor** **London EC2R 8DU** **UNITED KINGDOM** | **From January 2011** |
| 14.10 · | **Epirus Brasil Tecnologia Ltda** **Avenida Bernardino de Campos** **98 - 6º Andar Paraíso São Paulo  04004-0** **BRAZIL** | **From October 2013** |
| 14.11 · | **Epirus Biopharmaceuticals (Netherlands)** **Yalelaan 46** **3584 CM Utrecht** **NETHERLANDS** | **From September 2015 to June 2016** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Epirus Biopharmaceuticals, Inc. 401 (k) Plan** | EIN:  **27-4642150** |

Has the plan been terminated?
☐ No
■ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Epirus Biopharmaceuticals, Inc. 401 (k) Plan** | EIN:  **04-3514457** |

Debtor    **Epirus Biopharmaceuticals, Inc.**                     Case number *(if known)* _____

Has the plan been terminated?
☐ No
■ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Zalicus Inc. 401(k) Plan** | EIN:  **04-3514457** |

Has the plan been terminated?
☐ No
■ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Silicon Valley Bank 3003 Tasman Dr. Santa Clara, CA 95054** | **XXXX-0602** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **6/29/2016** | **$95,746.52** |
| 18.2. | **Silicon Valley Bank 3003 Tasman Dr. Santa Clara, CA 95054** | **XXXX-6657** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **6/2/2016** | **$25,000.89** |
| 18.3. | **Silicon Valley Bank 3003 Tasman Dr. Santa Clara, CA 95054** | **XXXX-5731** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/27/2016** | **$25,000.89** |
| 18.4. | **Citi Brazil Avenida Paulista, 1.111 São Paulo - SP 01311- 920 BRAZIL** | **XXXX-3029** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/7/2016** | **$230,000.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Epirus Biopharmaceuticals, Inc.** | Case number *(if known)* | |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain 175 Bearfoot Road Northborough, MA 01532** | **Kagy, Jeffrey 76 Millbrook Ave Walpole, MA 02081**<br><br>**Daly, Sheila 218 Cedar St. Wellesley Hills, MA 02481**<br><br>**Cavanaugh, Taylor 1750 Commonwealth Ave. #3 Brighton, MA 02135** | **Records relating to Zalicus** | ☐ No<br>■ Yes |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

### 23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Epirus Biopharmaceuticals, Inc.**                          Case number *(if known)* _____

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Epirus Biopharmaceuticals (Netherlands)**<br>**Yalelaan 46**<br>**3584 CM**<br>**Utrecht**<br>**NETHERLANDS** | **Biotechnology** | EIN:    58858466<br><br>From-To   9/9/2015 - 6/30/2016 |
| 25.2. **Epirus Brasil Tecnologia Ltda**<br>**Avenida Bernardino de Campos**<br>**98 - 6º Andar Paraíso**<br>**São Paulo  04004-040 BR**<br>**BRAZIL** | **Biotechnology** | EIN:<br><br>From-To   From 10/23/2013 |
| 25.3. **Epirus Biopharmaceuticals Ltd.**<br>**11 Old Jewry**<br>**7th Floor**<br>**London EC2R 8DU**<br>**UNITED KINGDOM** | **Biotechnology** | EIN:<br><br>From-To   From 1/25/2011 |
| 25.4. **Epirus Pharmaceuticals (Switzerland) Gmb**<br>**General Guisan- Strasse 6**<br>**6303 Zug**<br>**SWITZERLAND** | **Biotechnology** | EIN:<br><br>From-To   From 6/19/2013 |
| 25.5. **Zalicus Pharmaceuticals Ltd.**<br>**301 - 2389 Health Sciences Mall**<br>**Vancouver  British Columbia  V6T 1Z3**<br>**CANADA** | **Biotechnology** | EIN:<br><br>From-To   9/8/2010 - 10/1/2015 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Epirus Biopharmaceuticals, Inc.**                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.6.  **Fourteen22, Inc.**<br>**836 Alvarado Street**<br>**San Francisco, CA 94114** | **Biotechnology** | **EIN:**<br><br>**From-To**   **From January 2011** |
| 25.7.  **EB Sub, Inc.**<br>**699 Boylston Street**<br>**Boston, MA 02116** | **Biotechnology** | **EIN:**<br><br>**From-To**   **From 7/15/2014** |
| 25.8.  **Cluster40 Therapeutics B.V.**<br>**Yalelaan 46**<br>**3584 CM**<br>**Utrecht**<br>**NETHERLANDS** | **Biotechnology** | **EIN:**<br><br>**From-To**   **From 5/20/2016** |
| 25.9.  **Cluster152 Therapeutics B.V.**<br>**Yalelaan 46**<br>**3584 CM**<br>**Utrecht**<br>**NETHERLANDS** | **Biotechnology** | **EIN:**<br><br>**From-To**   **From 5/20/2016** |
| 25.10.  **Cluster270 Therapeutics B.V.**<br>**Yalelaan 46**<br>**3584 CM**<br>**Utrecht**<br>**NETHERLANDS** | **Biotechnology** | **EIN:**<br><br>**From-To**   **From 5/20/2016** |
| 25.11.  **Cluster279 Therapeutics B.V.**<br>**Yalelaan 46**<br>**3584 CM**<br>**Utrecht**<br>**NETHERLANDS** | **Biotechnology** | **EIN:**<br><br>**From-To**   **From 5/20/2016** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Brandt, Remco M.P.**<br>**Wim Schuhmacherhof 29**<br>**Almere, 1328 GJ**<br>**NETHERLANDS** | **Through June 2016** |
| 26a.2.  **Ciszewski, Marek**<br>**907 Wild Ginger Trl**<br>**West Chicago, IL 60185** | **January 2016 - June 2016** |
| 26a.3.  **Hopstaken, Leonardo**<br>**Nederland - Senior Manager - Business P**<br>**Deloitte Financial Advisory Services BV**<br>**Gustav Mahlerlaan 2970 Amsterdam**<br>**NETHERLANDS** | **Through June 2016** |

Debtor   **Epirus Biopharmaceuticals, Inc.**                                      Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.4. **Javelle, Boris**<br>**Archstrasse 7**<br>**Thalwil, 8800**<br>**SWITZERLAND** | **Through June 2016** |
| 26a.5. **Markus, Robert**<br>**24 Acorn Dr**<br>**Andover, MA 01810** | **March 2015 - July 2016** |
| 26a.6. **McNiff, Kyle**<br>**61 West St**<br>**Westford, MA 01886** | **February 2016 - June 2016 as employee, later continued under Clinical Consulting agreement effective July 1, 2016 for an initial term expiring January 1, 2017.** |
| 26a.7. **Pardiwala, Bhavin**<br>**633 Boston Turnpike**<br>**Shrewsbury, MA 01545** | **February 2014 - June 2016** |
| 26a.8. **Paul, Wanda**<br>**76 Freeman Street**<br>**Auburndale, MA 02466** | **October 2015 - June 2016** |
| 26a.9. **Santostefano, Joanne**<br>**80 Paulies Pl, Unit 14**<br>**Tewksbury, MA 01876** | **February 2016 - June 2016** |
| 26a.10. **Scribner, Susan**<br>**319 Park Street**<br>**North Reading, MA 01864** | **July 2014 - June 2016, later continued under Consulting Agreement effective May 23, 2016 for an initial term expiring on July 31, 2016** |
| 26a.11. **Shea, Thomas**<br>**8 Villa Drive**<br>**Medway, MA 02053** | **June 2013 - June 2016** |
| 26a.12. **Wahlberg, Laura**<br>**307 Farm St**<br>**Bellingham, MA 02019** | **June 2013 - May 2016 as employee, later continued under Consulting Agreement effective May 16, 2016 for an initial term expiring July 29, 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Epirus Biopharmaceuticals, Inc.**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **216 Accountants B.V.** **Prinses Catharina-Amaliastraat 5** **NETHERLANDS** | **Various** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **Deloitte Financial Advisory Services BV** **Gustav Mahlerlaan 2970** **NETHERLANDS** | **Various** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. | **Daniel P. Young** **Deloitte Tax LLP** **200 Berkely Street** **Boston, MA 02116** | **Various** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4. | **Ernst & Young Accountants LLP** **Booompjes 258** **NETHERLANDS** | **Various** |

| Name and address | Date of service From-To |
|---|---|
| 26b.5. | **Ernst & Young AG** **Aeschengraben 9** **Basel** **SWITZERLAND** | **Various** |

| Name and address | Date of service From-To |
|---|---|
| 26b.6. | **Ernst & Young LLP** **200 Clarendon Street** **Boston, MA 02116** | **Various** |

| Name and address | Date of service From-To |
|---|---|
| 26b.7. | **McGladrey LLP** **5155 Paysphere Circle** **Chicago, IL 60674** | **Various** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Markus, Robert** **24 Acorn Dr** **Andover, MA 01810** | |

| Name and address | |
|---|---|
| 26c.2. | **Ticktin, Robert** **37 Marshall Rd** **Wellesley, MA 02482** | |

| Name and address | |
|---|---|
| 26c.3. | **Ernst & Young LLP** **200 Clarendon Street** **Boston, MA 02116** | |

| Name and address | |
|---|---|
| 26c.4. | **DELOITTE TAX LLP** **PO BOX 844736** **Dallas, TX 75284-4736** | |

Debtor    **Epirus Biopharmaceuticals, Inc.**                                   Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.5.    **McGladrey LLP**<br>**5155 Paysphere Circle**<br>**Chicago, IL 60674** | |
| 26c.6.    **Verdolino & Lowey PC**<br>**Pine Brook Office Park**<br>**124 Washington St.**<br>**Foxboro, MA 02035** | |
| 26c.7.    **InterTrust Services Switzerland AG**<br>**Esther Notz` Director Corporate Services**<br>**Alpenstrasse 15**<br>**6300 Zug**<br>**SWITZERLAND** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **LEERINK PARTNERS LLC**<br>**1 FEDERAL STREET**<br>**37th Floor**<br>**Boston, MA 02110** |
| 26d.2.    **HERCULES TECHNOLOGY GROWTH CAPITAL, INC.**<br>**400 Hamilton Avenue, Suite 310**<br>**Palo Alto, CA 94301** |
| 26d.3.    **U. S. Securities and Exchange Commission**<br>**100 F Street, NE**<br>**Washington, DC 20549** |
| 26d.4.    **BTIG, LLC**<br>**825 Third Avenue**<br>**6th Floor**<br>**Attention: Chief Operating Officer**<br>**New York, NY 10022** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aurentz, Vincent** | **1105 Pinehurst Dr**<br>**Chapel Hill, NC 27517** | **Senior Vice President, Chief Business Officer** | **Less than one percent beneficial interest** |

Debtor    **Epirus Biopharmaceuticals, Inc.**    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Markus, Robert** | **24 Acorn Dr**<br>**Andover, MA 01810** | **Senior Director, Accounting Operations** | **Less than one percent beneficial interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ticktin, Robert** | **37 Marshall Rd**<br>**Wellesley, MA 02482** | **Senior Vice President, General Counsel and Secretary** | **Less than one percent beneficial interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Buchi, Kevin** | **TetraLogic Pharmaceuticals**<br>**343 Phoenixville Pike**<br>**Malvern, PA 19355** | **Director** | **Less than one percent beneficial interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Corrigan, M.D., Mark H.N.** | **389 Marlborough St.**<br>**Boston, MA 02115** | **Director, Chairman of the Board** | **Less than one percent beneficial interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Duyk, M.D., Ph.D., Geoffrey** | **TPG ART/TPG Biotech**<br>**345 California Street, Suite 3300**<br>**San Francisco, CA 94104** | **Director** | **Less than one percent beneficial interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Fu, Ph.D., Daotian** | **Livzon Mabpharm, Inc.**<br>**No.38 Chuangye Road North,**<br>**Jinwan District,-Zhuhai, Guangdong**<br>**51909**<br>**CHINA** | **Director** | **Less than one percent beneficial interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hunter, M.D., William** | **Cardiome Pharma Corp**<br>**6190 Agronomy Rd, Suite 405**<br>**Vancouver, BC V6T 1Z3**<br>**CANADA** | **Director** | **Less than one percent beneficial interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **McHugh, Julie** | **Ironwood Pharma**<br>**New Xellia Group and Trevena Pharmaceuti**<br>**1421 Parsons Lane**<br>**Ambler, PA 19002** | **Director** | **Less than one percent beneficial interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rocklage, Ph.D., Scott** | **5 AM Ventures**<br>**Waltham Woods Corporate Center**<br>**890 Winter Street, Suite 140**<br>**Waltham, MA 02451** | **Director** | **Less than one percent beneficial interest** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Epirus Biopharmaceuticals, Inc.**                                    Case number *(if known)* _____

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Munshi, Amit** | **17 Rustic View Lane Greenwich, CT 06830** | **President, Chief Executive Officer and Director, 1.9% beneficial interest** | **May 2012 - 5/6/2016** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Shea, Thomas** | **8 Villa Drive Medway, MA 02053** | **Senior Vice President, Chief Financial Officer and Treasurer, less than one percent beneficial interest** | **June 2013 - 6/30/2016** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Wyand, DVM, Ph.D., Michael** | **113 Maple St Stow, MA 01775** | **Senior Vice President, Chief Technical Officer, less than one percent beneficial interest** | **April 2015 - 6/30/2016** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Aurentz, Vincent 1105 Pinehurst Dr Chapel Hill, NC 27517** | **$20,717.65** | **June 2016** | **Gross wages** |
| | **Relationship to debtor Senior Vice President, Chief Business Officer** | | | |
| 30.2. | **Aurentz, Vincent 1105 Pinehurst Dr Chapel Hill, NC 27517** | **Option No: N002029 Option Date: 11/09/2015 Shares: 177,000 Price: $5.2100 Plan: 2015 Type: NQ Accept Date: 04/26/2016** | **11/09/2015** | **Plan: 2015 Type: NQ** |
| | **Relationship to debtor Senior Vice President, Chief Business Officer** | | | |
| 30.3. | **Aurentz, Vincent 1105 Pinehurst Dr Chapel Hill, NC 27517** | **Option No: N002030 Option Date: 11/09/2015 Shares: 42,487 Price: $5.2100 Plan: 2015 Type: NQ Accept Date: 04/26/2016** | **11/09/2015** | **Plan: 2015 Type: NQ** |
| | **Relationship to debtor Senior Vice President, Chief Business Officer** | | | |

Debtor    **Epirus Biopharmaceuticals, Inc.**                                  Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Aurentz, Vincent** **1105 Pinehurst Dr** **Chapel Hill, NC 27517** | **Award No: N002099 Award Date: 05/27/2016 Shares: 230,000 Price: $0.0000 Plan: 2015 Type: RSU Accept Date:** | **5/27/2016** | **Plan: 2015 Type: RSU** |
| | Relationship to debtor **Senior Vice President, Chief Business Officer** | | | |
| 30.5. | **Aurentz, Vincent** **1105 Pinehurst Dr** **Chapel Hill, NC 27517** | **$80,000.00** | **July 2016** | **Gross wages and Retention / Wind Down** |
| | Relationship to debtor **Senior Vice President, Chief Business Officer** | | | |
| 30.6. | **Munshi, Amit** **17 Rustic View Lane** **Greenwich, CT 06830** | **$600,752.81 wages plus $79,880.85 local living expenses** | **July 2015 through June 2016** | **Gross payroll plus local living expenses** |
| | Relationship to debtor **President, Chief Executive Officer and Director** | | | |
| 30.7. | **Munshi, Amit** **17 Rustic View Lane** **Greenwich, CT 06830** | **Option No: N001957 Option Date: 11/02/2015 Shares: 1 Price: $5.5500 Plan: 2015 Type: ISO Accept Date: 01/27/2016** | **11/02/2015** | **Plan: 2015 Type: ISO** |
| | Relationship to debtor **President, Chief Executive Officer and Director** | | | |
| 30.8. | **Munshi, Amit** **17 Rustic View Lane** **Greenwich, CT 06830** | **Option No: N001957 Option Date: 11/02/2015 Shares: 1 Price: $5.5500 Plan: 2015 Type: ISO Accept Date: 01/27/2016** | **11/02/2015** | **Plan: 2015 Type: ISO** |
| | Relationship to debtor **President, Chief Executive Officer and Director** | | | |
| 30.9. | **Munshi, Amit** **17 Rustic View Lane** **Greenwich, CT 06830** | **Option No: N002027 Option Date: 11/02/2015 Shares: 199,536 Price: $5.5500 Plan: 2015 Type: NQ Accept Date: 01/27/2016** | **11/02/2015** | **Plan: 2015 Type: NQ** |
| | Relationship to debtor **President, Chief Executive Officer and Director** | | | |
| 30.10. | **Shea, Thomas** **8 Villa Drive** **Medway, MA 02053** | **$410,391.13** | **July 2015 through June 2016** | **Gross wages** |
| | Relationship to debtor **Senior Vice President, Chief Financial Officer and Treasurer** | | | |

Debtor    **Epirus Biopharmaceuticals, Inc.**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 1. | **Shea, Thomas**<br>**8 Villa Drive**<br>**Medway, MA 02053** | **Option No: N001998 Option Date: 11/02/2015 Shares: 10,616 Price: $5.5500 Plan: 2015 Type: ISO Accept Date: 12/08/2015** | **11/02/2015** | **Plan: 2015 Type: ISO** |
| | Relationship to debtor<br>**Senior Vice President, Chief Financial Officer and Treasurer** | | | |
| 30.1 2. | **Shea, Thomas**<br>**8 Villa Drive**<br>**Medway, MA 02053** | **Option No: N002019 Option Date: 11/02/2015 Shares: 46,226 Price: $5.5500 Plan: 2015 Type: NQ Accept Date: 12/08/2015** | **11/02/2015** | **Plan: 2015 Type: NQ** |
| | Relationship to debtor<br>**Senior Vice President, Chief Financial Officer and Treasurer** | | | |
| 30.1 3. | **Shea, Thomas**<br>**8 Villa Drive**<br>**Medway, MA 02053** | **Award No: N002075 Award Date: 05/27/2016 Shares: 230,000 Price: $0.0000 Plan: 2015 Type: RSU Accept Date:** | **5/27/2016** | **Plan: 2015 Type: RSU** |
| | Relationship to debtor<br>**Senior Vice President, Chief Financial Officer and Treasurer** | | | |
| 30.1 4. | **Ticktin, Robert**<br>**37 Marshall Rd**<br>**Wellesley, MA 02482** | **$396,525.10** | **July 2015 through June 2016** | **Gross wages** |
| | Relationship to debtor<br>**Senior Vice President, General Counsel and Secretary** | | | |
| 30.1 5. | **Ticktin, Robert**<br>**37 Marshall Rd**<br>**Wellesley, MA 02482** | **Award No: N002080 Award Date: 05/27/2016 Shares: 230,000 Price: $0.0000 Plan: 2015 Type: RSU Accept Date:** | **5/27/2016** | **Plan: 2015 Type: RSU** |
| | Relationship to debtor<br>**Senior Vice President, General Counsel and Secretary** | | | |
| 30.1 6. | **Ticktin, Robert**<br>**37 Marshall Rd**<br>**Wellesley, MA 02482** | **Option No: N001951 Option Date: 11/02/2015 Shares: 9,048 Price: $5.5500 Plan: 2015 Type: ISO Accept Date: 12/11/2015** | **11/02/2015** | **Plan: 2015 Type: ISO** |
| | Relationship to debtor<br>**Senior Vice President, General Counsel and Secretary** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Epirus Biopharmaceuticals, Inc.**                                     Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.17. | **Ticktin, Robert**<br>**37 Marshall Rd**<br>**Wellesley, MA 02482** | **Option No: N002024 Option Date: 11/02/2015 Shares: 30,426 Price: $5.5500 Plan: 2015 Type: NQ Accept Date: 12/11/2015** | **11/02/2015** | **Plan: 2015 Type: NQ** |
| | Relationship to debtor<br>**Senior Vice President, General Counsel and Secretary** | | | |
| 30.18. | **Ticktin, Robert**<br>**37 Marshall Rd**<br>**Wellesley, MA 02482** | **Option No: N002024 Option Date: 11/02/2015 Shares: 30,426 Price: $5.5500 Plan: 2015 Type: NQ Accept Date: 12/11/2015** | **11/02/2015** | **Plan: 2015 Type: NQ** |
| | Relationship to debtor<br>**Senior Vice President, General Counsel and Secretary** | | | |
| 30.19. | **Ticktin, Robert**<br>**37 Marshall Rd**<br>**Wellesley, MA 02482** | **$74,752.25** | **July 2016** | **Gross wages and Retention / Wind Down** |
| | Relationship to debtor<br>**Senior Vice President, General Counsel and Secretary** | | | |
| 30.20. | **Wyand, DVM, Ph.D., Michael**<br>**113 Maple St**<br>**Stow, MA 01775** | **$400,861.55** | **July 2015 through June 2016** | **Gross wages** |
| | Relationship to debtor<br>**Senior Vice President, Chief Technical Officer** | | | |
| 30.21. | **Wyand, DVM, Ph.D., Michael**<br>**113 Maple St**<br>**Stow, MA 01775** | **Award No: N002079 Award Date: 05/27/2016 Shares: 280,000 Price: $0.0000 Plan: 2015 Type: RSU Accept Date:** | **5/27/2016** | **Plan: 2015 Type: RSU** |
| | Relationship to debtor<br>**Senior Vice President, Chief Technical Officer** | | | |
| 30.22. | **Wyand, DVM, Ph.D., Michael**<br>**113 Maple St**<br>**Stow, MA 01775** | **Option No: N001954 Option Date: 11/02/2015 Shares: 9,213 Price: $5.5500 Plan: 2015 Type: ISO Accept Date: 03/08/2016** | **11/02/2015** | **Plan: 2015 Type: ISO** |
| | Relationship to debtor<br>**Senior Vice President, Chief Technical Officer** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Epirus Biopharmaceuticals, Inc.**                  Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 3. | **Wyand, DVM, Ph.D., Michael 113 Maple St Stow, MA 01775** | **Option No: N001954 Option Date: 11/02/2015 Shares: 9,213 Price: $5.5500 Plan: 2015 Type: ISO Accept Date: 03/08/2016** | **11/02/2015** | **Plan: 2015 Type: ISO** |
| | **Relationship to debtor Senior Vice President, Chief Technical Officer** | | | |
| 30.2 4. | **Wyand, DVM, Ph.D., Michael 113 Maple St Stow, MA 01775** | **Option No: N002023 Option Date: 11/02/2015 Shares: 49,034 Price: $5.5500 Plan: 2015 Type: NQ Accept Date: 03/08/2016** | **11/02/2015** | **Plan: 2015 Type: NQ** |
| | **Relationship to debtor Senior Vice President, Chief Technical Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Epirus Biopharmaceuticals, Inc. 401 (k) Plan** | **EIN:    27-4642150** |
| **Epirus Biopharmaceuticals, Inc. 401 (k) Plan** | **EIN:    04-3514457** |
| **Zalicus Inc. 401(k) Plan** | **EIN:    04-3514457** |

Debtor    **Epirus Biopharmaceuticals, Inc.**                          Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 25, 2016**

**/s/ Robert Ticktin**                              **Robert Ticktin**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **SVP, General Counsel & Corporate Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

Epirus Biopharmaceuticals, Inc.                Statement of Financial Affairs
Chapter 7                          Question 3

| Vendor Name | Document Number | Vendor ID | Document Date | Document Amount |
|---|---|---|---|---|
| ADP | wire | ADP | 6/24/2016 | $ 216.30 |
| ADP | wire | ADP | 6/29/2016 | $ 85,428.96 |
| ADP | wire | ADP | 7/1/2016 | $ 174.10 |
| ADP | wire | ADP | 7/14/2016 | $ 82,983.51 |
| ADP | wire | ADP | 7/21/2016 | $ 75,000.00 |
| ADP | wire | | 7/21/2016 | $ 73,108.19 |
| **ADP Total** | | | | $ 316,911.06 |
| ALEX WALDRON | 101877 | WALDRON | 5/9/2016 | $ 10,558.96 |
| **ALEX WALDRON Total** | | | | $ 10,558.96 |
| AMERICAN EXPRESS | 15046 | | 7/21/2016 | $ 12,045.93 |
| **AMERICAN EXPRESS Total** | | | | $ 12,045.93 |
| Barbara Chan | 101844 | CHAN | 5/5/2016 | $ 38,697.00 |
| **Barbara Chan Total** | | | | $ 38,697.00 |
| BIOAGILYTIX LABS | 101847 | BIOAGILY | 5/9/2016 | $ 9,709.11 |
| **BIOAGILYTIX LABS Total** | | | | $ 9,709.11 |
| Biobridges | 101848 | BIOBRIDGE | 5/9/2016 | $ 5,775.00 |
| Biobridges | 101883 | BIOBRIDGE | 5/23/2016 | $ 5,862.00 |
| Biobridges | 101896 | BIOBRIDGE | 6/1/2016 | $ 5,550.00 |
| Biobridges | 101901 | BIOBRIDGE | 6/13/2016 | $ 18,741.00 |
| Biobridges | 101921 | BIOBRIDGE | 6/16/2016 | $ 12,444.00 |
| **Biobridges Total** | | | | $ 48,372.00 |
| BIOPROCESS TECH CONSULTANTS | 101903 | BIOPROCESS | 6/13/2016 | $ 7,778.75 |
| **BIOPROCESS TECH CONSULTANTS Total** | | | | $ 7,778.75 |
| BOB JUFFRAS | 101929 | JUFFRAS | 6/16/2016 | $ 11,571.89 |
| **BOB JUFFRAS Total** | | | | $ 11,571.89 |
| CFGI Holdings, LLC | 101853 | CORPFING | 5/9/2016 | $ 78,408.75 |
| **CFGI Holdings, LLC Total** | | | | $ 78,408.75 |
| CHARLES LARANJEIRA | 101874 | LARANJEIRA | 5/9/2016 | $ 12,113.73 |
| **CHARLES LARANJEIRA Total** | | | | $ 12,113.73 |
| CMS Derks Sar Busmann NV | wire | | 7/21/2016 | $ 15,467.51 |
| **CMS Derks Sar Busmann NV Total** | | | | $ 15,467.51 |
| CPT One Exeter Plaza LLC | 101854 | CPTONEEX | 5/9/2016 | $ 48,823.82 |
| **CPT One Exeter Plaza LLC Total** | | | | $ 48,823.82 |
| DANFORTH ADVISORS | 101897 | DANFORTH | 6/1/2016 | $ 13,616.00 |
| **DANFORTH ADVISORS Total** | | | | $ 13,616.00 |
| DELOITTE TAX LLP | 101855 | DELOITTE | 5/9/2016 | $ 205,446.00 |
| **DELOITTE TAX LLP Total** | | | | $ 205,446.00 |
| EGNYTE, INC | 101945 | EGNYTE | 6/29/2016 | $ 12,512.50 |
| **EGNYTE, INC Total** | | | | $ 12,512.50 |
| Ernst & Young LLP | 101889 | ERNSTUS | 5/23/2016 | $ 91,970.50 |
| **Ernst & Young LLP Total** | | | | $ 91,970.50 |
| EVANS MANUFACTURING CONSULTANTS LLC | 101888 | EVANS | 5/23/2016 | $ 15,000.00 |
| EVANS MANUFACTURING CONSULTANTS LLC | 101904 | EVANS | 6/13/2016 | $ 4,800.00 |
| **EVANS MANUFACTURING CONSULTANTS LLC Total** | | | | $ 19,800.00 |
| FLEISHMANHILLARD INC | 101878 | FLEISHMAN | 5/10/2016 | $ 24,513.40 |
| **FLEISHMANHILLARD INC Total** | | | | $ 24,513.40 |
| Flynn Life Sciences Group Inc. | 101860 | FLYNNLIF | 5/9/2016 | $ 2,072.00 |
| Flynn Life Sciences Group Inc. | 101890 | FLYNNLIF | 5/23/2016 | $ 1,904.00 |
| Flynn Life Sciences Group Inc. | 101902 | FLYNNLIF | 6/13/2016 | $ 7,952.00 |
| **Flynn Life Sciences Group Inc. Total** | | | | $ 11,928.00 |
| Hercules Capital | wire | HERCULES | 7/13/2016 | $ 1,100,000.00 |
| Hercules Capital | wire | HERCULES | 7/14/2016 | $ 500,000.00 |
| **Hercules Capital Total** | | | | $ 1,600,000.00 |
| Jade Z Li | 101931 | LIJADE | 6/16/2016 | $ 7,375.50 |
| **Jade Z Li Total** | | | | $ 7,375.50 |

Epirus Biopharmaceuticals, Inc.
Statement of Financial Affairs
Chapter 7
Question 3

| Vendor Name | Document Number | Vendor ID | Document Date | Document Amount |
|---|---|---|---|---|
| Jamestown Premier 245 First LL | 101849 | CAMBSCIE | 5/9/2016 | $ 141,020.28 |
| **Jamestown Premier 245 First LL Total** | | | | $ 141,020.28 |
| Jeffrey J Kagy | 101915 | KAGYJ | 6/15/2016 | $ 7,783.47 |
| Jeffrey J Kagy | 101930 | KAGYJ | 6/16/2016 | $ 3,342.34 |
| **Jeffrey J Kagy Total** | | | | $ 11,125.81 |
| JESSICA JOHNSON | 101873 | JOHNSONJ | 5/9/2016 | $ 7,426.08 |
| JESSICA JOHNSON | 101916 | JOHNSONJ | 6/16/2016 | $ 3,490.00 |
| **JESSICA JOHNSON Total** | | | | $ 10,916.08 |
| Mark W Melville | 101934 | MELVILLE | 6/16/2016 | $ 11,600.72 |
| **Mark W Melville Total** | | | | $ 11,600.72 |
| Markus,  Robert L | 101932 | MARKUS | 6/16/2016 | $ 10,539.88 |
| Markus,  Robert L | 101946 | MARKUS | 6/29/2016 | $ 5,585.20 |
| Markus,  Robert L | eft | | 7/15/2016 | $ 15,356.25 |
| Markus,  Robert L | | | 7/22/2016 | $ 30,712.50 |
| **Markus,  Robert L Total** | | | | $ 62,193.83 |
| Mary Dibiase | | DIBIASE | 6/16/2016 | $ 11,384.15 |
| **Mary Dibiase Total** | | | | $ 11,384.15 |
| Merrill Communications LLC | 101866 | MERRCOMM | 5/9/2016 | $ 6,120.90 |
| Merrill Communications LLC | wire | MERRILLCOMM | 7/1/2016 | $ 30,000.10 |
| Merrill Communications LLC | wire | | 7/21/2016 | $ 1,000.00 |
| **Merrill Communications LLC Total** | | | | $ 37,121.00 |
| MINTZ LEVIN P.C. | 101893 | MINTZLEV | 5/23/2016 | $ 68,036.16 |
| MINTZ LEVIN P.C. | 101910 | MINTZLEV | 6/13/2016 | $ 190,954.53 |
| MINTZ LEVIN P.C. | 101924 | MINTZLEV | 6/16/2016 | $ 100,000.00 |
| MINTZ LEVIN P.C. | wire | MINTZ | 7/7/2016 | $ 60,000.00 |
| MINTZ LEVIN P.C. | wire | | 7/22/2016 | $ 25,000.00 |
| **MINTZ LEVIN P.C. Total** | | | | $ 443,990.69 |
| Sonit Tomar | 101941 | TOMARS | 6/16/2016 | $ 7,818.26 |
| **Sonit Tomar Total** | | | | $ 7,818.26 |
| Sullivan Insurance Group Inc. | 101868 | SULLIVAN | 5/9/2016 | $ 5,203.00 |
| Sullivan Insurance Group Inc. | Wire Transfer | SULLIVAN | 6/16/2016 | $ 1,258,000.00 |
| **Sullivan Insurance Group Inc. Total** | | | | $ 1,263,203.00 |
| Suman Patel | 101937 | PATELS | 6/16/2016 | $ 7,686.81 |
| **Suman Patel Total** | | | | $ 7,686.81 |
| THRIVE NETWORKS, INC | 101870 | THRIVE | 5/9/2016 | $ 8,300.14 |
| **THRIVE NETWORKS, INC Total** | | | | $ 8,300.14 |
| Wahlberg,  Laura | 101942 | WAHLBERGL | 6/16/2016 | $ 3,714.48 |
| Wahlberg,  Laura | eft | | 7/15/2016 | $ 3,000.00 |
| **Wahlberg,  Laura Total** | | | | $ 6,714.48 |
| Wahlberg,  Meredith C | 101943 | WAHLBERGM | 6/16/2016 | $ 3,206.30 |
| Wahlberg,  Meredith C | 101948 | WAHLBERGM | 6/29/2016 | $ 1,569.99 |
| Wahlberg,  Meredith C | eft | | 7/15/2016 | $ 4,166.67 |
| Wahlberg,  Meredith C | eft | | 7/22/2016 | $ 8,333.34 |
| **Wahlberg,  Meredith C Total** | | | | $ 17,276.30 |
| WuXi AppTec | 101899 | WUXI | 6/1/2016 | $ 20,400.00 |
| **WuXi AppTec Total** | | | | $ 20,400.00 |
| **Grand Total** | | | | $ 4,658,371.96 |

Epirus Biopharmaceuticals, Inc.    Statement of Financial Affairs
Chapter 7    Question 4

| Vendor Name | Document Number | Vendor ID | Document Date | Document Amount |
|---|---|---|---|---|
| DAOTIAN FU-(wire) | 0001173 | DAOTIANF | 8/13/2015 | $ 9,166.67 |
| DAOTIAN FU-(wire) | 0001523 | DAOTIANF | 10/28/2015 | $ 10,000.00 |
| DAOTIAN FU-(wire) | 0001634 | DAOTIANF | 11/10/2015 | $ 6,340.70 |
| **DAOTIAN FU-(wire) Total** | | | | $ 25,507.37 |
| GEOFFREY DUYK | 100845 | DUYKG | 8/13/2015 | $ 10,958.33 |
| GEOFFREY DUYK | 101117 | DUYKG | 10/27/2015 | $ 11,875.00 |
| GEOFFREY DUYK | 101550 | DUYKG | 1/7/2016 | $ 11,875.00 |
| GEOFFREY DUYK | 101824 | DUYKG | 4/14/2016 | $ 11,875.00 |
| **GEOFFREY DUYK Total** | | | | $ 46,583.33 |
| JULIE MCHUGH | 100852 | MCHUGHJ | 8/13/2015 | $ 11,458.33 |
| JULIE MCHUGH | 101131 | MCHUGHJ | 10/27/2015 | $ 13,125.00 |
| JULIE MCHUGH | 101179 | MCHUGHJ | 11/6/2015 | $ 857.89 |
| JULIE MCHUGH | 101491 | MCHUGHJ | 12/21/2015 | $ 970.66 |
| JULIE MCHUGH | 101552 | MCHUGHJ | 1/7/2016 | $ 13,125.00 |
| JULIE MCHUGH | 101828 | MCHUGHJ | 4/14/2016 | $ 13,125.00 |
| **JULIE MCHUGH Total** | | | | $ 52,661.88 |
| Kevin Buchi | 100838 | BUCHIK | 8/13/2015 | $ 12,916.67 |
| Kevin Buchi | 101100 | BUCHIK | 10/27/2015 | $ 13,750.00 |
| Kevin Buchi | 101553 | BUCHIK | 1/7/2016 | $ 13,750.00 |
| Kevin Buchi | 101841 | BUCHIK | 4/28/2016 | $ 831.58 |
| **Kevin Buchi Total** | | | | $ 41,248.25 |
| MARK CORRIGAN | 100842 | CORRIGAN | 8/13/2015 | $ 15,000.00 |
| MARK CORRIGAN | 100959 | CORRIGAN | 9/3/2015 | $ 2,150.00 |
| MARK CORRIGAN | 101110 | CORRIGAN | 10/27/2015 | $ 15,000.00 |
| MARK CORRIGAN | 101479 | CORRIGAN | 12/21/2015 | $ 1,273.45 |
| MARK CORRIGAN | 101551 | CORRIGAN | 1/7/2016 | $ 15,000.00 |
| MARK CORRIGAN | 101823 | CORRIGAN | 4/14/2016 | $ 15,000.00 |
| **MARK CORRIGAN Total** | | | | $ 63,423.45 |
| Michael Wyand | 101944 | WYANDM | 6/16/2016 | $ 12,319.75 |
| **Michael Wyand Total** | | | | $ 12,319.75 |
| Robert Ticktin | 101940 | TICKTINR | 6/16/2016 | $ 18,277.38 |
| Robert Ticktin | 101947 | TICKTINR | 6/29/2016 | $ 8,931.31 |
| **Robert Ticktin Total** | | | | $ 27,208.69 |
| SCOTT ROCKLAGE | 101086 | ROCKLAGES | 10/8/2015 | $ 11,666.67 |
| SCOTT ROCKLAGE | 101142 | ROCKLAGES | 10/27/2015 | $ 12,500.00 |
| SCOTT ROCKLAGE | 101554 | ROCKLAGES | 1/7/2016 | $ 12,500.00 |
| SCOTT ROCKLAGE | 101830 | ROCKLAGES | 4/14/2016 | $ 12,500.00 |
| **SCOTT ROCKLAGE Total** | | | | $ 49,166.67 |
| Thomas A Shea | 101939 | SHEAT | 6/16/2016 | $ 18,123.69 |
| **Thomas A Shea Total** | | | | $ 18,123.69 |
| VINCENT AURENTZ | 0002033 | AURENTZ | 12/9/2015 | $ 73,907.12 |
| VINCENT AURENTZ | 0002550 | AURENTZ | 12/29/2015 | $ 27,002.60 |
| VINCENT AURENTZ | 101927 | AURENTZ | 6/16/2016 | $ 12,861.48 |
| VINCENT AURENTZ | 101949 | AURENTZ | 6/29/2016 | $ 8,273.48 |
| **VINCENT AURENTZ Total** | | | | $ 122,044.68 |
| WILLIAM HUNTER | EFT | HUNTERW | 10/13/2015 | $ 11,102.26 |
| WILLIAM HUNTER | 101172 | HUNTERW | 11/6/2015 | $ 3,730.72 |
| WILLIAM HUNTER | 15049 | | 7/21/2016 | $ 2,462.20 |
| **WILLIAM HUNTER Total** | | | | $ 17,295.18 |
| **Grand Total** | | | | $ 475,582.94 |

AMERICAN GAS PRODUCT
24 VINE STREET
EVERETT, MA 02149

ATLANTIC COFFEE
267 LIBBEY PARKWAY
WEYMOUTH, MA 02189

Aurentz, Vincent
1105 Pinehurst Dr
Chapel Hill, NC 27517

BAR & KARRER
Brandschenkestrasse 90
8002 Z rich
SWITZERLAND

Belastingdienst Apeldoorn
Laan van Westenenk 490
 7334 DS
Apeldoorn
THE NETHERLANDS

BENEFIT STRATEGIES
PO BOX 1660
MANCHESTER, NH 03105-1660

BIOAGILYTIX LABS
2300 ENGLERT DRIVE
DURHAM, NC 27713

Bioceros Holding B.V.
Yalelaan 46
3584 CM Utrecht
Attention: Remco M. Brandt
THE NETHERLANDS

Biologics Development Services, LLC
c/o Susan Lundy
5670 West Cypress Street
Suite D
Tampa, FL 33607

Biotec Services International Ltd
Biotec House, Central Park
Western Avenue, Bridgend Industrial Esta
Bridgend, CF31 3RT
UNITED KINGDOM

Blake, Cassels & Graydon LLP
595 Burrard Street, P.O. Box 49314
Suite 2600, Three Bentall Centre
Vancouver, British Columbia V7X 1L3 Atte
CANADA

Blue Cross Blue Shield MA
BOX 371318
Pittsburgh, PA 15250-7318

Borden Ladner Gervais LLP
40 King Street West
Attention: Adrian Liu
Toronto, Ontario M5H 3Y4
CANADA

BTIG, LLC
600 Montgomery St - 6th FL
San Francisco, CA 94111

BTIG, LLC
825 Third Avenue
6th Floor
Attention: Chief Operating Officer
New York, NY 10022

BTIG, LLC
600 Montgomery St - 6th FL
Attention: General Counsel and Chief Com
San Francisco, CA 94111

CAMBRIDGE PRINTING CO, INC
47 7TH ST.
CAMBRIDGE, MA 02141

Canada Revenue Agency
Commissioner of Revenue
555 MacKenzie Avenue, 7th Floor
Ottawa ON  K1A 0L5
CANADA

Catalent Pharma Solutions, LLC
8137 Forsythia Street
Attention: Vice President/General Manage
Middleton, WI 53562

Catalent Pharma Solutions, LLC
14 Schoolhouse Road
Attention: General Counsel (Legal Depart
Somerset, NJ 08873

CEEK Enterprises
98 Newport Street
Arlington, MA 02476

CFGI Holdings, LLC
PO Box 8000
BUFFALO, NY 14267

Charles River Biopharma GmbH
Max-Planck-Str. 15A
40699 Erkrath
GERMANY

CIT
21146 Network Place
Chicago, IL 60673-1211

CIT
1021 Centurion Pkwy N
Suite 100
Attn: Bankruptcy Management
Jacksonville, FL 32256

City of Boston
Tax Collector
1 City Hall Plaza
Boston, MA 02201

CMC Biologics A/S
Vantaarnsvej 83B
DK-2860 Soeborg
Copenhagen
DENMARK

Comcast
PO BOX 1577
NEWARK, NJ 07101-1577

COMCAST BUSINESS
PO BOX 37601
PHILADELPHIA, PA 19101-0601

COMPUTERSHARE Shareholders Svcs
DEPT CH 19228
PALATINE, IL 60055-9228

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

CPT ONE EXETER PLAZA, LLC
c/o AEW Capital Management, L.P.
Two Seaport Lane, World Trade Center Eas
Attention: Asset Manager for CPT One Exe
Boston, MA 02210

CRYOPORT
PO BOX 205955
DALLAS, TX 75320-5955

Cushman & Wakefield of MA, Inc.
125 Summer Street
Attn: Property Manager for CPT One Exete
Boston, MA 02210

Delaware Franchise Tax
State of Delaware
Binghamton, NY 13902-5509

DELOITTE TAX LLP
PO BOX 844736
DALLAS, TX 75284-4736

DiBiase, Mary
28 Boulder Brook Road
Wellesley Hills, MA 02481

Epirus Pharmaceuticals (Netherlands) B.V
Yalelaan 46
3584 CM Utrecht
THE NETHERLANDS

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
Pittsburgh, PA 15264-0382

Evaluate Ltd.
11-29 Fashion Street
London E1 6PX
UNITED KINGDOM

EVERSOURCE
PO BOX 660369
DALLAS, TX 75266-0369

Evicom Limited
The Old Sail Loft
Eel Pie Island, Twickenham
Middlesex TW1 3DY
UNITED KINGDOM

Federal Revenue of Brazil
R. Coronel Antonio Botelho de Sousa 31
Maranguape - CE 61940-005
BRAZIL

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

FLEISHMANHILLARD INC
PO BOX 771733
ST LOUIS, MO 63177

Fujifilm Diosynth Biotechnoligies
Belasis Avenue
Billingham, TZ23 1LH
General Counsel
UNITED KINGDOM

Fujifilm Diosynth Biotechnoligies
101 J. Morris Commons Lane
President
Morrisville, NC 27560

Fujifilm Diosynth Biotechnologies Inc.
Dept CH 16878
Palatine, IL 60055-6878

Fujifilm Holdings America Corporation
200 Summit Lake Drive
Assistant General Counsel
Valhalla, NY 10595-1356

Genefar B.V.
The Management Board
Ondernemingsweg 200
1422 DZ Uithoorn
THE NETHERLANDS

Global Conferencing Solutions LLC
P.O. Box 712524
Salt Lake City, UT 84171-2524

Greenberg Traurig, LLC
The MetLife Building
200 Park Avenue
Attention: Anthony J. Marsico, Esq.
New York, NY 10166

GROUP DYNAMIC INC
411 US ROUTE ONE
FALMOUTH, ME 04105

Haim Zaltzman
Latham & Watkins LLP
505 Montgomery St.
Suite 2000
San Francisco, CA 94111-6538

Hercules Technology Growth Capital, Inc.
Legal Department Attn: Chief Legal Offic
and Mr. Bryan Jadot
400 Hamilton Avenue, Suite 310
Palo Alto, CA 94301

HM Revenue and Customs
Benton Park View
Newcastle Upon Tyne
NE98 1ZZ
UNITED KINGDOM

Internal Revenue Service
Special Procedures
P.O. Box 9112
JFK Building - Stop 20800
Boston, MA 02203

Iron Mountain
PO Box 27128
New York, NY 10087-7128

James Sperling, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02210

Kagy, Jeffrey
76 Millbrook Ave
Walpole, MA 02081

KBI Biopharma, Inc.
P.O. Box 15579
Durham, NC 27704

Laranjeira, Charles
30 Claremont Park
Boston, MA 02118

MacDougall Biomedical Communications, In
888 Worcester St
Wellesley, MA 02116

MARSHALL GERSTEIN & BORUN LLP
6300 WILLIS TOWER
CHICAGO, IL 60606-6402

Massachusetts Division of Unemployment
Assistance
19 Staniford St.
5th Floor
Boston, MA 02114-2589

Massachusetts DOR
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Masy BioServices
P.O. Box 485
Pepperell, MA 01463

Mattos Filho
Joaquim Eugenio de Lima
447 - S o Paulo SP
01403-001
BRAZIL

McNiff, Kyle
61 West St
Westford, MA 01886

Mintz,Levin,Cohn,Ferris,
Glovsky and Popeo, P.C
One Financial Center
Boston, MA 02111

MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
WILMINGTON, DE 19899-1347

Myoderm
330 DeKalb Street
Norristown, PA 19401

Nasdaq Stock Market
LBX #20200
Philadelphia,, PA 19178-0200

National Premier Partners, Inc.
44 Mechanic Street
Newton, MA 02464

Northern Business Machines
24 Terry Avenue
Burlington, MA 01803

Nothern Business Machines
24 Terry Avenue
Burlington, MA 01803

NY State Dept of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300

NYC DEPARTMENT OF FINANCE
P.O. BOX 5070
KINGSTON, NY 12402-5070

NYS DEPT. OF  LABOR - U.I. DIVISON
W.A. HARRIMAN STATE CAMPUS
ALBANY, NY 12240-0415

Patel, Suman
177 Rosemont Drive
North Andover, MA 01845

```
PITNEY BOWES
PO BOX 371874
PITTSBURGH, PA 15250-7874

Pitney Bowes
225 American Drive
Neenah, WI 54956-1005

QUENCH USA INC
PO BOX 8500
PHILADELPHIA, PA 19178-3203

Reliance Life Sciences Pvt. Ltd.
Dhirubhai Ambani Life Sciences Centre
Thane-Belapur Road, Rabale
Navi Mumbai-400 70I Attention: K.V. Subr
INDIA

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

Scribner, Susan
319 Park Street
North Reading, MA 01864

Shea, Thomas
8 Villa Drive
Medway, MA 02053

Staples Advantage
Dept BOS
Boston, MA 02241-5256

Swiss Federal Tax Administration
Eigerstrasse 65
3003 Berne
SWITZERLAND

Swiss Federal Tax Administration
Main Division Value Added Tax
Schwarztorstrasse 50
3003 Berne
SWITZERLAND

Swiss Pharma International AG
Waldmannstrasse 8
8001 Zurich
Attention: General Counsel
SWITZERLAND

Taro Pharmaceuticals USA Inc.
3 Skyline Drive
Attention: General Counsel
Hawthorne, NY 10532
```

Tax and Customs Administration/Limburg/D
Kloosterweg 22
PO Box 2865
6401 DJ Heerlen
THE NETHERLANDS

THRIVE NETWORKS INC.
495 BUSINESS CENTER, BLDG 300
TEWKSBURY, MA 01876

Ticktin, Robert
37 Marshall Rd
Wellesley, MA 02482

Unum Life Insurance Co. of America
PO Box 406990
Atlanta, GA 30384-6990

Van Benthem & Keulen NV
Archimedeslaan 61
3584 BA Utrecht
Attention: Mr. S.E. Storm, attorney
THE NETHERLANDS

VANGUARD
C/O ASCENSUS
NEW YORK, NY 10087

VSP
P.O. Box 742479
Los Angeles, CA 90074-2479

Wahlberg, Laura
307 Farm St
Bellingham, MA 02019

Waldron, Alex
104 Lagrane St
Chestnut Hill, MA 02467

WRAYS PTY LTD
PO BOX Z5466
PERTH, WA 06831

WuXi AppTec
24681 Network Place
Chicago, IL 60673-1681

Wyand, DVM, Ph.D., Michael
113 Maple St
Stow, MA 01775

# United States Bankruptcy Court
## District of Massachusetts

In re    **Epirus Biopharmaceuticals, Inc.**              Case No. _____

                              Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the SVP, General Counsel & Corporate Secretary of the corporation named as the debtor in this case, hereby verify that the attached

list of creditors is true and correct to the best of my knowledge.

Date:    **July 25, 2016** _____        **/s/ Robert Ticktin** _____

                                                  **Robert Ticktin**/**SVP, General Counsel & Corporate Secretary**
                                                  Signer/Title